I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 11.5.09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

JS-6 / ENTERED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

AMILCAR DE JESUS ROMERO,

    Petitioner,

vs.

W.J. SULLIVAN,

    Respondent.

Case No. CV 09-03352-MMM (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 30, 2009

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
NOV - 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE